JS-6

# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL L. SHIPLEY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 06-7737-JCR<br><br>JUDGMENT |

IT IS ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this matter is dismissed with prejudice.

DATED: May 2, 2008

_____
HONORABLE JOHN C. RAYBURN JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Thus, Michael J. Astrue is substituted for Commissioner Jo Anne B. Barnhart pursuant to Federal Rule of Civil Procedure 25(d).